**Alfredo REYES–VERASTICA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–70887.

United States Court of Appeals, Ninth Circuit.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 8, 2011.*

Filed March 29, 2011.

Gary Finn, Law Offices of Gary Finn, Indio, CA, for Petitioner.

Jeffery R. Leist, Trial, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

### MEMORANDUM **

Alfredo Reyes–Verastica, a native and citizen of Mexico, petitions for review of the former Legalization Appeals Unit's ("LAU") order dismissing his appeal from the denial of his application for temporary resident status as a Special Agricultural Worker ("SAW"). We have jurisdiction under 8 U.S.C. §§ 1160(e)(3) and 1252. Reviewing for abuse of discretion, *Perez–Martin v. Ashcroft*, 394 F.3d 752, 758 (9th Cir.2005), we deny the petition for review.

The LAU did not abuse its discretion in dismissing Reyes–Verastica's SAW appeal where he provided insufficient evidence to establish that he performed qualifying agricultural work during the statutory time period. *See id.* at 759–60 (to overcome derogatory government evidence, SAW applicant must provide sufficient evidence to show qualifying employment "as a matter

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of just and reasonable inference") (quoting 8 U.S.C. § 1160(b)(3)(B)(iii)).

### PETITION FOR REVIEW DENIED.